IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 10-415 |
| JESSE ALLEN | |

# O R D E R

**AND NOW**, this 11th day of April, 2022, upon consideration of *pro se* Petitioner Jesse Allen's Motion to Reduce his Sentence (ECF No. 71), and the Government's Brief in Opposition thereto (ECF No. 72), **IT IS HEREBY ORDERED** that said Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**